UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CAMERON INDUSTRIES, INC.,

        Plaintiff        07 CIV 7133 (LAK)

-against-

        **ANSWER**

T JUNIORS INC.,
        Defendant
------------------------------------X

    Defendant, T JUNIORS INC., by its attorneys, THE LAW OFFICES OF WILLIAM J. TURKISH, PLLC, as and for its Answer to the Plaintiff's Complaint herein, respectfully states as follows:

    1.    Denies knowledge or information sufficient to form a belief with respect to each and every allegation set forth in paragraphs "1", "2", "4", "5", "6", "7", "8", "9", "10", "15, "16" and "17" of the Plaintiff's Complaint.

    2.    Denies each and every allegation set forth in paragraphs "11", of the Plaintiff's Complaint, except admits that the document referred to therein speaks for itself.

    3.    Denies each and every allegation set forth in paragraphs "12", "14", "18", "19", "20", "21", "22", "23", "24" and "25" of the Plaintiff's Complaint.

    4.    Denies each and every allegation set forth in paragraphs "13" of the Plaintiff's Complaint, except admits that the documents set forth therein speak for themselves.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

    5.    Plaintiff fails to state a cause of action against this answering Defendant.

WHEREFORE, Defendant respectfully demands judgment dismissing Plaintiff's Complaint in its entirety, together with the costs and disbursements of this action and other relief this Court may deem just, proper and equitable in the circumstances.

Dated:  Jericho, New York
        September 25, 2007

                              LAW OFFICE OF WILLIAM J. TURKISH, PLLC
                              By: _____
                              WILLIAM J. TURKISH, ESQ. (WJT-1547)
                              Attorney for Defendant
                              33 South Service Road
                              Jericho, NY 11753
                              (516) 338-0585
                              FAX: (516) 338-0685
                              File No. 6010.21


To:  SCHLACTER & ASSOCIATES
     JED R. SCHLACTER, ESQ. (JRS-4874)
     Attorney for Plaintiff
     450 Seventh Avenue
     New York, NY  10123
     (212) 695-2000
     FAX: (212) 629-5825

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
CAMERON INDUSTRIES, INC.,

                    Plaintiff          07 CIV 7133 (LAK)

        -against-
                                        AFFIDAVIT OF SERVICE

T JUNIORS INC.,
                    Defendant
-----------------------------------------X

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NASSAU        )
```

**EILEEN J. FUCHS**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Long Beach, New York.

On September 25, 2007, I served a true copy of the annexed **ANSWER** in the above matter, in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

    Schlacter & Associates
    Jed R. Schlacter, Esq.
    450 Seventh Avenue
    New York, NY 10123

                                        _____
                                        EILEEN J. FUCHS

Sworn to before me this
25th day of September, 2007

_____
    Notary Public

WILLIAM TURKISH
NOTARY PUBLIC, State of New York
No. 02TU4801151
Qualified in Nassau County
Commission Expires Nov. 30, 2007

C:\Documents and Settings\EILEEN\My Documents\Bill\WJT, PLLC 2\Ardito\T JUNIORS\Cameron Industries\Litigation\AFFIDAVIT OF SERVICE.doc