```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/07
```

KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CAMERON INDUSTRIES, INC.,            :      07 Civ. 7133 (LAK)

          Plaintiff,                       :      ECF Case

     -against-                           :      **CONSENT**
                                                 **SCHEDULING ORDER**

T JUNIORS INC.,                       :

          Defendant.                   :
-------------------------------------------------------------X

     Upon the consent of the parties, it is hereby

     ORDERED as follows:

1. No additional parties may be joined after December 31, 2007.

2. No amendments to the pleadings will be permitted after December 31, 2007.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   a. Expert witnesses on or before January 31, 2008.

   b. Rebuttal expert witnesses on or before February 28, 2008.

4. All discovery, including any deposition of experts, shall be completed on or before March 14, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before April 1, 2008.

6. No motion for summary judgment shall be served after the deadline fixed for submissions of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal

and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: October ___, 2007

_____
Lewis A. Kaplan
United States District Judge

Consented To:

Schlacter & Associates
Attorneys for Plaintiff

By: _____
Jed R. Schlacter (JRS 4874)

William J. Turkish, PLLC
Attorneys for Defendant

By: _____
William J. Turkish

-2-