UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CAMERON INDUSTRIES, INC.,                        :
                                                 :
            *Plaintiff*,                         :
                                                 :
       v.                                        :    Case No. 07-CV-7133 (LAK) (JCF)
                                                 :
T JUNIORS INC., and                              :
DESIGN COLLECTION, INC.                          :
                                                 :    **ECF CASE**
            *Defendant*.                         :
-------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, I hereby enter my appearance as counsel in this case for Defendant, T Juniors Inc.  I certify that I am admitted to practice before this Court.

Dated: December 27, 2007                Respectfully submitted,
       New York, NY

                                        DARBY & DARBY P.C.

                               By:      s/Robert S. Weisbein
                                        Robert S. Weisbein (RW-0080)
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007-0042
                                        Tel:   212.527.7700
                                        Fax:   212.527.7701
                                        Email: rweisbein@darbylaw.com

                                        *Attorneys for Defendant*
                                        T Juniors Inc.

{W:\01094\6003209-000\01366111.DOC }