**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
| | |
|---|---|
| CAMERON INDUSTRIES, INC., | : |
| | : |
| *Plaintiff*, | : |
| | : |
| v. | : Case No. 07-CV-7133 (LAK) (JCF) |
| | : |
| T JUNIORS INC., and | : |
| DESIGN COLLECTION, INC. | : |
| | : **ECF CASE** |
| | : |
| *Defendant*. | : |

------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, I hereby enter my appearance as counsel in this case for Defendant, T Juniors Inc. I certify that I am admitted to practice before this Court.

Dated: December 27, 2007
    New York, NY

    Respectfully submitted,

    DARBY & DARBY P.C.

    By:    s/Atul R. Singh
        Atul R. Singh (AS-0873)
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007-0042
        Tel:  212.527.7700
        Fax:  212.527.7701
        Email: asingh@darbylaw.com

        *Attorneys for Defendant*
        T Juniors Inc.

{W:\01094\6003209-000\01366101.DOC ||||||||||||||||||||||||||| }