UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :

CAMERON INDUSTRIES, INC.,         :

                Plaintiff,          :

                                  :        07 Civ. 7133 (LAK)

   -against-                           :

T JUNIORS INC. and               :
DESIGN COLLECTION, INC.      :

                Defendants.   :
                                  :
------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/31/08

### STIPULATION AND ORDER

The parties hereby stipulate and agree that each of the dates set forth in Consent Scheduling Order dated October 2, 2007 shall be extended by 90 days as follows:

    3.    The parties shall make required Rule 26(a)(2) disclosures with respect to:

           a.    Expert witnesses on or before April 30, 2008.

           b.    Rebuttal expert witnesses on or before May 28, 2008.

    4.    All discovery, including any deposition of experts, shall be completed on or before June 12, 2008.

{W:\01094\6003209-000\01405850.DOC }

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before June 30, 2008. *No further extensions*

Dated: January 29, 2008

SCHLACTER & ASSOCIATES

By: _____
Jed R. Schlacter (JRS-4874)
450 Seventh Avenue
New York, NY 10123
Tel.: 212-695-2000
Email: Jed10123@aol.com

*Attorneys for Plaintiff*
Cameron Industries, Inc.

Dated: January 29, 2008

DARBY & DARBY P.C.

By: _____
Robert S. Weisbein (RSW-0080)
7 World Trade Center
250 Greenwich Street
New York, NY 1007-0042
Tel.: 212-527-7700
Email: rweisbein@darbylaw.com

*Attorneys for Defendant*
T Juniors Inc.

Dated: January 30, 2008

SO ORDERED

_____
Hon. Lewis A. Kaplan
U.S.D.J.

{W:\01094\6003209-000\01405850.DOC }

2