# Schlacter & Associates
### Attorneys at Law
### 450 Seventh Avenue
### New York, NY 10123

Telephone (212) 695-2000
Telecopier (212) 629-5825

NEW JERSEY OFFICE
TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
TEL: (201) 342-0999
FAX: (201) 487-1301

**MEMO ENDORSED**

June 26, 2008

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, _July 28, 2008_, if the settlement is not consummated by then.

SO ORDERED:

For Lewis A. Kaplan by Hon. Sydney H. Stein, Part I
U.S.D.J.     Dated 6/___/08

By Fax 212 805-7910

The Honorable Lewis A. Kaplan
United States District Court – Southern
   District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

Re: Cameron Industries, Inc. v. T Juniors Inc. and
    Design Collection, Inc.
    07 Civ. 7133 (LAK)

Dear Judge Kaplan:

Our firm represents the plaintiff in this matter.

I am pleased to advise that the parties have reached a settlement of this case, and are in the process of circulating the settlement papers and order for signature. We expect to be able to file the appropriate consent order within the next two weeks.

I understand that your procedure is to enter a 30 day Order, which is acceptable to the parties, pending the final signatures on the settlement papers.

Thank you for your courtesies in this matter.

Respectfully,

JED R. SCHLACTER

JRS/srj
cc:   Robert S. Weisbein, Esq. – By Fax 212 687-2329
      Russell L. Allyn, Esq. – By Fax 213 896-0400